```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 11-20090-CIV-UNGARO
                              MAGISTRATE JUDGE P.A. WHITE

ERIC TRUJILLO,                    :

          Plaintiff,              :    REPORT OF MAGISTRATE
                                                JUDGE
v.                               :

CITY OF CORAL SPRINGS,
                                  :
          Defendant.             :
_____
```

The plaintiff in this pro se prisoner civil rights case is proceeding in forma pauperis.

The plaintiff failed to name a proper defendant and was ordered to file an amended complaint on or before February 1, 2011. The plaintiff has filed to comply with the Court's Orders.

The plaintiff was cautioned that failure to timely complete and file the amended complaint would result in a report recommending that the case be dismissed.

It appears that the plaintiff desires that this case be closed. The plaintiff has filed nothing further in this case.

It is therefore recommended that this case be dismissed, without prejudice, for lack of prosecution.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Dated at Miami, Florida, this 8th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Eric Trujillo, Pro Se
      DC #L47808
      Century Correctional Institution
      Address of record