UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20090-CIV-UNGARO

ERIC TRUJILLO,

    Plaintiff,

v.

CITY OF CORAL SPRINGS,

    Defendant.
_____/

## ORDER ON MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Plaintiff's *pro se* prisoner civil rights complaint, filed January 7, 2011.  (D.E. 1.)

THE COURT has reviewed the record as a whole and is otherwise fully advised in the premises.

The matter was referred to Magistrate Judge Patrick White, who, on March 9, 2011, issued a Report recommending that this action be dismissed for lack of prosecution.  (D.E. 8.) The parties were afforded the opportunity to file objections to the Magistrate Judge's Report; however, none were filed.

Upon a *de novo* review of the record as a whole, it is

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 8)  is RATIFIED, ADOPTED AND AFFIRMED: Plaintiff's *pro se* Complaint (D.E. 1) is DISMISSED.

DONE and ORDERED in Chambers, at Miami, Florida this 4th day of April 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Eric Trujillo, *pro se*
Counsel of record